UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>ISRAEL VASQUEZ,<br><br>                              Defendant. | Case No. 16-187 BAT<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The Court did not receive any verified information about defendant's current status.  He is wanted by several different federal districts and absconded supervised release in one district.

It is therefore **ORDERED**:

(1)        Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

1   (2)   Defendant shall be afforded reasonable opportunity for private consultation with

2   counsel;

3   (3)   On order of a court of the United States or on request of an attorney for the

4   Government, the person in charge of the correctional facility in which Defendant is confined

5   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

6   connection with a court proceeding; and

7   (4)   The Clerk shall provide copies of this order to all counsel, the United States

8   Marshal, and to the United States Probation and Pretrial Services Officer.

9   DATED this 29th day of April, 2016.

10

11

12   BRIAN A. TSUCHIDA
    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 2